# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

__MARJORIE A. CREAMER__

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

-against-

__MOTORS LIQUIDATION COMPANY__
__F/k/ GENERAL MOTORS CORPORATION__

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

__12__ Civ. __6074__ ( ) ( )
JUDGE SULLIVAN

**REQUEST TO PROCEED
IN FORMA PAUPERIS
AND MOTION
TO
PROCEED IFP**

I, __MARJORIE A. CREAMER__ *(print or type your name)* am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   __none__

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

   __2003 year   min. wage hourly__

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received. __not able to return to home Howard Ellis / 705 S. M___ / unknown    after case of Smith County, Kansas / Smith Center KS__

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes, $ _____

   b) Do you receive any income from any other source?   ☐ No.   ☐ Yes, $ _____

*Rev. 05 2010*                                                                                       *1*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-21-12

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.   ☒ Yes, $ 70.00

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.   ☐ Yes, $ _____

6. Do you pay for rent or for a mortgage? If so, how much each month?

☒ No.   ☐ Yes, _____

7. List the person(s) that you pay money to support and the amount you pay each month.

people none / Creditors etc

8. State any special financial circumstances which the Court should consider.

86 F3rd 167 (10th Circuit 1996) LEFT me w/out compensation

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  13  day of  August, 2012
            date           month      year

*[Signature]*

The Court GRANTS Appellant's request to proceed in forma pauperis.

Rev. 05 2010                                             2

SO ORDERED
*[Signature]*
9/21/12
RICHARD J. SULLIVAN
U.S.D.J.