UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE F...: 5-1-13
```

IN RE MOTORS LIQUIDATION COMPANY,

             Debtor.

Chapter 11 Case No. 09-50026 (REG)

MARJORIE A. CREAMER,

             Appellant,

-v-

MOTORS LIQUIDATION COMPANY GUC TRUST,

             Appellee.

No. 12 Civ. 6074 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Upon Apellant's request, the Court issued an Order, dated April 22, 2013, instructing parties to send any correspondence to Appellant at an address in Larned, Kansas. The Court is in receipt of the attached letter from Apellant, dated April 23, 2013, requesting that any correspondence be directed to her home address: Marjorie A. Creamer, 705 South Monroe, Smith Center, KS 66967. Accordingly, IT IS HEREBY ORDERED THAT parties shall send a copy of any further filings in this case or correspondence intended for Apellant to her home address in Smith Center, Kansas. In addition, the Clerk of the Court is respectfully requested to substitute the address currently appearing on ECF for Appellant with the address provided above.

SO ORDERED.

Dated:    April 30, 2013
             New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE

2

A copy of this Order was sent to:

Marjorie A. Creamer
705 South Monroe,
Smith Center, KS  66967

April 23, 2013

Judge Sullivan
Dist. Court of New York
Southern Dst of New York
500 Pearl Street
New York, NY 10007

RE: Case 12-6074

Dear Judge Richard Sullivan:

Please take the LSH - ATC - West
1301 Ks Hwy 264
Larned Ks 67550

address off mailing list. The only address to send documents to is the home address: Majors A Cucamen 705 South Monroe Smith Center Ks 66967 for case #12-6074

Thankyou —
Majors A Cucamen