UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-4-13

---

IN RE MOTORS LIQUIDATION COMPANY,

        Debtor.

Chapter 11 Case No. 09-50026 (REG)

---

MARJORIE A. CREAMER,

        Appellant,

-v-

MOTORS LIQUIDATION COMPANY GUC TRUST,

        Appellee.

No. 12 Civ. 6074 (RJS)
<u>ORDER</u>

---

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the attached letter from Appellant, which was received by the Court on August 29, 2013, expressing concerns about communications with the Pro Se Office and inquiring about sealed documents that she has not been able to view. (Doc. No. 35.) With respect to the sealed documents, the Court assumes that Appellant is referring to the sealed documents placed in the vault on June 18, 2013. (Doc. No. 34.) As explained in the Court's June 14, 2013 Order, a copy of which was mailed to Appellant at that time and is being resent along with this Order, the documents filed under seal are simply the unredacted versions of those documents that Appellant mailed to the Court and are attached to the Court's June 14, 2013 Order. Therefore, Appellant has already seen the documents that have been filed under seal.

    In addition, Appellant shall continue to direct all correspondence in this matter to the Pro

Se Office, which has the following address: United States District Court of the Southern District of New York, Office of Pro Se Litigation, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 200, New York, NY 10007. The Court further advises Appellant that the Pro Se Office does not accept communications by email.

SO ORDERED.

Dated:   September 3, 2013
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

2

<u>A copy of this Order was sent to:</u>

Marjorie A. Creamer
705 South Monroe
Smith Center, KS  66967

<u>A copy of this Order was also emailed to:</u>

thehush91@hotmail.com

New    Delete    Archive    Move to    Categories    Marjorie

SCANNED

Search email

RE: 12-6074

Majori Crean

Folders

Majorie Creamer  1:21 PM
To: sullivannysdchambers@nysd.uscourts.gov



Inbox 30

Junk 2

Drafts 19

From: thehush91@hotmail.com
Saved: Mon 7/29/13 1:21 PM
To: sullivannysdchambers@nysd.uscourts.gov
(sullivannysdchambers@nysd.uscourts.gov)



Sent

Deleted 88

Already o

 POP

Already o

1991 disability chi...

Continue writing | Delete

2012 tx conven

Judge Sullivan, this is to say that the mail of the United States has failed to send to the Prose office the emails I have sent to your office, per your request that I go through that office. On Friday I was informed that they have not received any of the us mail July 3, 2012 sent, and the prose office does not accept emails of which would indicate the fact of the sealed document that is filed or so called on hold in New York.

AAA

ABA

ACLU 2

airplane cheap 5

 Adler Manson

attorney EFC pacer

bank 4

cobalt lawsuit 2

consolidate debt

consumer protection

AUG 2 9 2013

disability 1

dog homersheba

This is something that the Prose office needs to reveal to me because I can not reply to an of the order or sealed documents that I do not know what they are and or why.

esis 3

food

general motors 2

gm recalls 7

(1 of 2) pages

Hays Police

Content fr

HSBC 3  ©2013 Microsoft   Terms   Privacy   Developers   English (United States)

Learn mor

Case # 12-6074

Why the mail did not receive this office or why this office did not receive this is beyond my knowledge, however I am asking you why and what I can do about this,     send again through the so called United States Postage office of which is failing and Obama is closing many of the offices and the Saturday mail is no longer delivered.  How is this my fault that the prose office of whom you requested me to go through in order to finish this car action lawsuit so that I can get the help finanacial or medical I need to continue a life of normalized living.

Either you and your staff are tired of me and the fact that I am a disabled used american citizen of which I am tired of the fact that I am a used American disabled citizen and the car industry is a joke today.  As a judge of this important issue for all of us, I wish to apologize that the man who had bought me the car in order to get me back to the county of corruption has died on July 13, 2013  of which he could have lived to be well over 100 years old and the oldest WWII veteran of whom saved the Jews from genocide there in Germany. X

ANYWAY this email is urgent as time is passing and the fact I can not go home to his house of which I lived for nine years,  keeping him alive to live to be 100 years old, and maybe a millionaaare  or which he worked hard all of his life to save money that he has sent to me to continue what I have been doing for 4 years.

Dist Court NY, SD of NY
2nd
Email to Judge
Richard Sullivan

Sincerely
Marjorie A Creamer
THE HUSH

CC. Dist of NY, SD of NY
    PROSE
      office
    500 Pearl Street
    New York NY 10007
    (2 of 2)