UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MOTORS LIQUIDATION COMPANY,

                      Debtor.

Chapter 11 Case No. 09-50026 (REG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-13-13

MARJORIE A. CREAMER,

                      Appellant,

-v-

MOTORS LIQUIDATION COMPANY GUC TRUST,

                      Appellee.

No. 12 Civ. 6074 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

       The Court is in receipt of a letter from Appellant, dated September 6, 2013, indicating that her new mailing address is P.O. Box 25164, Kansas City, MO, 64119. (Doc. No. 37.) In order to ensure that Appellant received a copy of the Court's September 3 Order (Doc. No. 36) responding to her August 29, 2013 letter, the Court has mailed another copy of that Order to Appellant at her new address.

SO ORDERED.

Dated:      September 12, 2013
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE

A copy of this Order was sent to:

Marjorie A. Creamer
P.O. Box 25164
Kansas City, MO, 64119

A copy of this Order was also emailed to:

thehush91@hotmail.com

2